# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

WALTER ANDERSON,

    Plaintiff

v.

MICHAEL DOHMAN, et al.,

    Defendants

CIVIL ACTION NO. 3:18-CV-1741

(Judge Caputo)

## ORDER

**AND NOW** this **9th** day of **APRIL 2019**, it is hereby **ORDERED** that:

1. Plaintiff's Motion to Amend (ECF No. 12) is granted.

2. The Court will accept Plaintiff's Amend Complaint (ECF No. 11) as the standing complaint in this action.

3. Plaintiff's access to the courts (interference with his legal mail) claim will be summarily dismissed due to his failure to properly exhaust it prior to filing his lawsuit.

4. Plaintiff's claim concerning the denial of a single cell is dismissed without prejudice pursuant to 28 U.S.C. § 1915.

5. Plaintiff's visitation claim concerning Ms. Dudley survives the Court's screening of the Amended Complaint pursuant to 28 U.S.C. §§ 1915 and 1915A.

6. Within twenty-one (21) days from the date of this Order, Plaintiff may file a second amended complaint setting forth his denial of a single cell and visitation claims against the Defendants. He may not replead his legal mail claim in this action.

7. The Clerk of Court shall forward to Plaintiff two (2) copies of this Court's prisoner civil-rights complaint form which he shall use in preparing any second amended complaint.

8. Should Plaintiff fail to file a timely second amended complaint, the action shall proceed exclusively on Plaintiff's visitation claim.

9. Plaintiff's motion for preliminary injunction (ECF No. 2) is denied.

10. Plaintiff's motion for appointment of counsel (ECF No. 4) is denied without prejudice.

11. Plaintiff's motion for reduction of copies (ECF No. 5) is denied.

12. Plaintiff shall maintain on file with the Clerk of Court a current address. *See* M.D. Pa. LR 83.18. If the Court is unable to communicate with the Plaintiff because the Plaintiff has failed to notify the Court of his address, the Plaintiff will be deemed to have abandoned his lawsuit.

/s/ A. Richard Caputo
**A. RICHARD CAPUTO**
**United States District Judge**